# United States District Court
## Southern District of Georgia

TERESA MCKENZIE, et al.,

_____
Plaintiff

v.

SCHNEIDER NATIONAL CARRIERS, INC. et al.,

_____
Defendant

Case No. __4:25-cv-144__

Appearing on behalf of

__Plaintiff__
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __1st__ day of __July__, __2025__.

_/s/ Christopher L. Ray_
UNITED STATES MAGISTRATE JUDGE

\*\*\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | Joseph A. Fried |
| Business Address: | Fried Goldberg LLC |
| | Firm/Business Name |
| | 3550 Lenox Road NE |
| | Street Address |
| | Suite 1500 / Atlanta / GA / 30326 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | 404-591-1800 / 277251 |
| | Telephone Number (w/ area code) / Georgia Bar Number |
| Email Address: | joe@friedgoldberg.com |