# United States District Court
## *Southern District of Georgia*

TERESA MCKENZIE, et al.,

_____
Plaintiff

v.

SCHNEIDER NATIONAL
CARRIERS, INC. et al.,
_____
Defendant

Case No. ____4:25-cv-144____

Appearing on behalf of

____Plaintiff____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __1st__ day of ____July____ , __2025__ .

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Nathan A. Gaffney

Business Address: Fried Goldberg LLC
Firm/Business Name

3550 Lenox Road NE
Street Address

| Suite 1500 | Atlanta | GA | 30326 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

| 404-591-1800 | 940686 |
|---|---|
| Telephone Number (w/ area code) | Georgia Bar Number |

Email Address: nathan@friedgoldberg.com