**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

TERESA MCKENZIE, *et al.*,

                Plaintiffs,

v.

SCHNEIDER NATIONAL CARRIERS,
INC., and FRITZ ROBERTS,

                Defendants.

Civil Action No.: 4:25-cv-144

**FIFTH AMENDED SCHEDULING ORDER**

The parties jointly move to extend the remaining deadlines in the operative scheduling order by 30 days to accommodate scheduling difficulties arising from Plaintiffs' counsel's family health issues and changes to Defendants' counsel's law firms. Doc. 44; *see also* doc. 43 (Fourth Amended Scheduling Order). [1] The Court is satisfied that these unexpected personal and professional issues are sufficient to demonstrate the requisite good cause. *See* Fed. R. Civ. P. 16(b)(4); *see also* doc. 43 at 1. Therefore, the Joint Motion to Extend Deadlines is **GRANTED**. Doc. 44. As before, *see* doc. 33 at 1, any further requests for extensions will require the parties to provide, in detail, an explanation of what discovery has taken place, what discovery remains to be taken, and the unforeseeable circumstances that prevented them from completing discovery during this extended discovery period. *See, e.g.* Fed. R. Civ. P. 16(b)(4). Bare boilerplate assertions such as "the parties have diligently pursued discovery to date, but additional time is

---

[1] The deadlines for motions to amend or add parties, complete written discovery, and complete fact witness depositions have all expired. *See* doc. 43 at 2.

1

necessary" will not suffice to establish good cause, nor will vague references to busy professional schedules or the complexities of this case.

Additionally, should any party seek an extension of these deadlines or seek the extension of any other deadline in this case (including an extension of a deadline to respond to a motion or file any other pleading), the party should first contact all other parties and determine if the other parties join in, consent to, or oppose the request for an extension.   When filing the motion for an extension, the party requesting the extension must state in their motion for an extension whether the other parties join in, consent to, or oppose the request for an extension.

| | |
|---|---|
| PLAINTIFF'S DEADLINE TO SERVE EXPERT WITNESS REPORTS | June 8, 2026 |
| DEFENDANT'S DEADLINE TO SERVE EXPERT WITNESS REPORTS | July 6, 2026 |
| DISCOVERY DEPOSITION OF WITNESSES WHO HAVE BEEN DESIGNATED AS EXPERTS | August 10, 2026 |
| STATUS REPORT DUE[2] | August 24, 2026 |
| LAST DAY FOR FILING ALL CIVIL MOTIONS, INCLUDING *DAUBERT* MOTIONS, BUT EXCLUDING MOTIONS IN LIMINE | September 9, 2026 |

**SO ORDERED**, this 6th day of May, 2026.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

2  A Post-Discovery Status Report Form for Judge Baker's cases is available on the Court's website www.gas.uscourts.gov under "forms."   The parties are directed to use the content and format contained in this Form when reporting to the Court.